

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2015

No. 04-15-00063-CV

**IN THE INTEREST OF Z.R.M.**, child,

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-11-22140-CV
The Honorable Cathy Morris, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
Luz Elena D. Chapa, Justice
Jason K. Pulliam, Justice

Debra Gifford's request to cancel the hearing set for 2:00 p.m. on April 23, 2015, is denied. The hearing will proceed as scheduled.

**PER CURIAM**

ATTESTED: _____
Keith E. Hottle
Clerk of Court